```
 1  Thomas J. Nolan (SBN 066992)
    tnolan@skadden.com
 2  Robert Herrington (SBN 234417)
    rherring@skadden.com
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 S. Grand Avenue, Suite 3400
 4  Los Angeles, California 90071
    Telephone:  213.687.5000
 5  Facsimile:  213.687.5600

 6
    James F. Jorden (Pro Hac Vice)
 7  jfj@jordenusa.com
    Stephen J. Jorden (Pro Hac Vice)
 8  sj@jordenusa.com
    JORDEN BURT LLP
 9  1025 Thomas Jefferson Street, NW
    Suite 400 East
10  Washington, DC 20007-5208
    Telephone 202.965.8100
11  Facsimile 202.965.8104
    Attorneys for Defendant
12  Allianz Life Insurance Company of North America
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>Defendant. | Case No.: CV 05-6838 (CAS) (MANx)<br><br>Class Action<br><br>**DECLARATION OF JAMES F. JORDEN IN SUPPORT OF DEFENDANT ALLIANZ LIFE INSURANCE COMPANY'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO GRANT LEAVE TO FILE A RESPONSE TO PLAINTIFFS' REPLY** |
| CAROLYN Y. HEALEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>Defendant. | Case No.: CV 05-8908 (CAS) (MANx)<br><br>Class Action<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date:  August 2, 2010<br><br>Courtroom 5, 2nd Floor |

# DECLARATION OF JAMES F. JORDEN

I, James F. Jorden, declare as follows:

1. I am a member of the Florida Bar and District of Columbia Bar, and am a partner at the law firm of Jorden Burt LLP, 1025 Thomas Jefferson Street NW, Suite 400 East, Washington, DC 20007.

2. I am one of the counsel that represents Allianz Life Insurance Company of North America ("Allianz") in this action.

3. I make this Declaration in support of Allianz's *Ex Parte* Application to Strike Plaintiffs' Reply Memorandum in Support of Cross-Motion for Summary Judgment or, in the Alternative, to Grant Leave to File a Response to Plaintiffs' "Reply." I have personal knowledge of the facts set forth below and if called upon to do so, could and would testify competently thereto.

4. Neither I nor any of Allianz's other counsel were ever contacted by Plaintiffs' counsel prior to (or after) the filing of Plaintiffs' Memorandum in Opposition to Allianz's Second Motion for Partial Summary Judgment and in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment (Dkt. No. 556) to discuss the substance of Plaintiffs' Cross-Motion, or any potential resolution of the Cross-Motion.

5. Good cause exists to decide Allianz's *Ex Parte* Application outside the regular noticed motions procedure. Both Allianz and the Court will be unfairly prejudiced by the Court's consideration of the improper surreply arguments contained in Plaintiffs' "Reply."

6. On July 16, 2010, at 3:37 p.m., my partner, Stephen Jorden, advised Plaintiffs' counsel of the intended date and substance of the *Ex Parte* Application. Plaintiffs' counsel have advised that they are considering whether and to what extent they will object.

7. Plaintiffs' lead co-counsel are with the law firms of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California

1
DECLARATION OF JAMES F. JORDEN IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION

1  92101, telephone (619) 231-1058, and Bonnett, Fairbourn, Friedman & Balint, P.C., 2901 North Central Avenue, Suite 1000, Phoenix, Arizona 85012, telephone (602) 274-1100.

8. Attached to this Declaration as Exhibit 1 is a copy of Allianz's proposed response to Plaintiffs' "Reply." Allianz would file this proposed response if the Court would grant leave to do so under Local Rule 7-10.

9. Attached to this Declaration as Exhibit 2 is a true and correct copy of excerpts from the October 8, 2009 *Mooney* Jury Trial Transcript.

10. Attached to this Declaration as Exhibit 3 is a true and correct copy of the court's decision in *Peterson v. Saperstein*, 267 F. App'x 751 (10th Cir. 2008).

11. Attached to this Declaration as Exhibit 4 is a true and correct copy of the court's decision in *Hanson v. Friends of Minn. Sinfonia*, No. A05-1783, 2006 WL 1738243 (Minn. Ct. App. June 27, 2006).

12. Attached to this Declaration as Exhibit 5 is a true and correct copy of the court's decision in *McGinest v. GTE Serv. Corp.*, 247 F. App'x 72 (9th Cir. 2007).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: July 19, 2010

By: /s/ James F. Jorden
James F. Jorden

2
DECLARATION OF JAMES F. JORDEN IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION