Thomas J. Nolan (SBN 066992)
tnolan@skadden.com
Robert Herrington (SBN 234417)
rherring@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:  213.687.5000
Facsimile:  213.687.5600

James F. Jorden (*Pro Hac Vice*)
jfj@jordenusa.com
Stephen J. Jorden (*Pro Hac Vice*)
sj@jordenusa.com
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
Telephone 202.965.8100
Facsimile 202.965.8104

*Attorneys for Defendant*
*Allianz Life Insurance Company of North America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIDA F. NEGRETE, as conservator for EVERETT E. OW, an individual, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>Defendant. | Case No.:  CV 05-6838 (CAS) (MANx)<br><br>Class Action<br><br>**ORDER GRANTING DEFENDANT ALLIANZ LIFE INSURANCE COMPANY'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO GRANT LEAVE TO FILE A RESPONSE TO PLAINTIFFS' [SUR]REPLY** |
| CAROLYN Y. HEALEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>Defendant. | Case No.:  CV 05-8908 (CAS) (MANx)<br><br>Class Action<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date:  August 2, 2010<br><br>Courtroom 5, 2nd Floor |

[Proposed] Order Granting Defendant Allianz's *Ex Parte* Application

This action came on for hearing before the Court, the Honorable Christina A. Snyder presiding, on the *Ex Parte* Application of defendant Allianz Life Insurance Company of North America ("Allianz") to strike plaintiffs' Reply Memorandum in Support of Cross-Motion for Summary Judgment (Dkt. No. 581) as an improper surreply or, in the alternative, granting Allianz leave to file the proposed response to plaintiffs' Reply attached to the Declaration of James F. Jorden;

The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered;

It is ORDERED that plaintiffs' Reply Memorandum in Support of Cross-Motion for Summary Judgment shall be stricken by the Clerk of Court and shall not be considered by the Court for any purpose.

**No further motions ex parte applications or memoranda shall be filed regarding this motion.**

DATED: July 20, 2010

*/s/ Christina A. Snyder*
The Honorable Christina A. Snyder
United States District Judge

*230508v1DC*