1  Thomas J. Nolan (SBN 066992)
   Lance A. Etcheverry (SBN 199916)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 S. Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone: 213.687.5000
4  Facsimile: 213.687.5600
   thomas.nolan@skadden.com
5  lance.etcheverry@skadden.com
        *and*
6  James F. Jorden (*Pro Hac Vice*)
   Stephen J. Jorden (*Pro Hac Vice*)
7  JORDEN BURT LLP
   1025 Thomas Jefferson Street, NW
8  Suite 400 East
   Washington, DC 20007-5208
9  Telephone 202.965.8100
   Facsimile 202.965.8104
10 jfj@jordenusa.com
   sj@jordenusa.com
11

12 *Attorneys for Defendant*
   *Allianz Life Insurance Company of North America*
13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
15

16 VIDA F. NEGRETE, as Conservator      )   Case No.: CV 05-6838 (CAS) (MANx)
   for EVERETT E. OW, an individual,    )   Class Action
17 and on Behalf of All Other Similarly )
   Situated Persons,                    )
18              Plaintiff,              )
         v.                             )
19 ALLIANZ LIFE INSURANCE              )   **DEFENDANT ALLIANZ LIFE**
   COMPANY OF NORTH                     )   **INSURANCE COMPANY OF**
20 AMERICA,   a Minnesota              )   **NORTH AMERICA'S NOTICE OF**
   corporation,                         )   **RENEWED MOTION AND**
21              Defendant.             )   **RENEWED MOTION FOR**
                                        )   **PARTIAL SUMMARY JUDGMENT**
22                                      )
   CAROLYN Y. HEALEY, on Behalf        )   Case No.: CV 05-8908 (CAS) (MANx)
23 of Herself and All Others Similarly  )   Class Action
   Situated,                            )
24              Plaintiff,              )   Hearing Date: August 19, 2011
         v.                             )   Time: 10 a.m.
25 ALLIANZ LIFE INSURANCE              )   Courtroom 5, Second Floor
   COMPANY OF NORTH                     )
26 AMERICA,   a Minnesota              )   Hon. Christina A. Snyder
   corporation,                         )
27              Defendant.             )
28

ALLIANZ'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that on August 19, 2011, or as soon thereafter as is

3  convenient for the Court, at 10:00 a.m. in Courtroom 5 of the above-titled Court, the

4  Honorable Christina A. Snyder presiding, located at 312 North Spring Street, Los

5  Angeles, California, Allianz Life Insurance Company of North America ("Allianz"),

6  by its attorneys, will and hereby does renew its motion for partial summary judgment

7  on the claim that it violated the Racketeer Influenced and Corrupt Organization Act,

8  18 U.S.C. § 1961, *et seq.* ("RICO"), on the ground that there is no genuine issue as to

9  any material fact and that it is entitled to judgment as a matter of law, pursuant to

10 Fed. R. Civ. P. 56.  In support thereof, Allianz states as follows:

11         1.     Plaintiffs cannot prove three essential elements of their fraud-based

12 RICO claim: a cognizable RICO enterprise, an injury by reason of conduct

13 constituting a RICO violation, or a RICO conspiracy.

14         2.     Plaintiffs' alleged RICO enterprise fails because plaintiffs cannot prove

15 an association-in-fact between and among the FMOs and their affiliated independent

16 agents, and because there is no evidence that Allianz participated in the conduct of

17 the affairs of the purported enterprise as opposed to conducting its own business

18 affairs.  Rather than working together to further a common purpose, the FMOs are

19 competitors, working independently and at cross-purposes from each other.

20 Allianz's alleged involvement in the enterprise is nothing more than the

21 advancement of its own legitimate operation, and is not a distinct operation from its

22 own business.

23         3.     Plaintiffs cannot prove a RICO injury caused by a RICO violation.

24 Plaintiffs cannot prove either requirement – causation or harm.

25         4.     Because plaintiffs' substantive RICO claims fail, and because plaintiffs

26 cannot demonstrate an agreement between Allianz and its independent sales entities

27 to commit fraud, the conspiracy claims also necessarily fail.

28

1        5.     The grounds for Allianz's Motion are discussed in greater detail in the

2 accompanying Memorandum of Points and Authorities.

3        6.     The Motion is based on this Notice of Motion and Motion; the

4 Memorandum of Points and Authorities; the Statement of Uncontroverted Facts and

5 Conclusions of Law; the Declaration of C. Todd Willis and accompanying exhibits;

6 the Declaration of Krista Wall and accompanying exhibits; the Declaration of

7 Cynthia Rice and accompanying exhibits; the Declaration of Eric Thomes; and upon

8 such other matters as may be presented to the Court at the time of the hearing.

9        WHEREFORE, for these reasons, Allianz respectfully requests that the Court

10 grant Defendant's Renewed Motion for Partial Summary Judgment.

11 DATED:  June 10, 2011       By:   /s/ Stephen J. Jorden

12                                 Thomas J. Nolan (SBN 066992)
Lance A. Etcheverry (SBN 199916)

13                                 SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

14                                 300 S. Grand Avenue
Suite 3400

15                                 Los Angeles, California 90071
Telephone:   213.687.5000

16                                 Facsimile:   213.687.5600
tnolan@skadden.com

17                                 lance.etcheverry@skadden.com

18                                 *and*

19                                 James F. Jorden (*Pro Hac Vice*)
JORDEN BURT LLP

20                                 1025 Thomas Jefferson Street, NW
Suite 400 East

21                                 Washington, DC 20007-5208
Telephone:   202.965.8100

22                                 Facsimile:   202.965.8104
jfj@jordenusa.com

23                                 Stephen J. Jorden (*Pro Hac Vice*)
JORDEN BURT LLP

24                                 175 Powder Forest Drive
Suite 301

25                                 Simsbury, Connecticut 06089-9658
Telephone:   860-392-5000

26                                 Facsimile:   860-392-5058
sj@jordenusa.com

27

28

ALLIANZ'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

1      *Attorneys for Defendant Allianz Life
       Insurance Company of North America*

2

3

4

5      DC 240107v1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLIANZ'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT