FILED

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>   Defendant - Petitioner,<br><br>   v.<br><br>VIDA F. NEGRETE, as Conservator for Everette E. Ow, an individual; CAROLYN B. HEALEY, an individual, and on behalf of all other similarly situated persons,<br><br>   Plaintiffs - Respondents. | No. 13-80002<br><br>D.C. Nos. 2:05-cv-06838-CAS-MAN<br>          2:05-cv-02617-CAS-MAN<br>U.S. District Court for Central California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

4/1/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: GRABER and BEA, Circuit Judges.

Petitioner's opposed motion for leave to file a reply in support of its petition is granted. The reply submitted January 31, 2013 is deemed filed.

The court, in its discretion, denies the petition for permission to appeal the district court's order entered December 28, 2012, denying a motion to decertify the class. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

hmb/MOATT