ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
THEODORE J. PINTAR (131372)
RANDI D. BANDMAN (145212)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patrickc@rgrdlaw.com
tedp@rgrdlaw.com
randib@rgrdlaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
KIMBERLY C. PAGE
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
kpage@bffb.com

Co-Lead Class Counsel
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIDA F. NEGRETE, as Conservator for EVERETT E. OW, an individual, on Behalf of All Other Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>Defendant. | No. CV-05-6838-CAS(MANx)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL APPROVAL OF SETTLEMENT CLASS, ISSUANCE OF NOTICE TO THE CLASS, AND SETTING OF FAIRNESS HEARING<br><br>JUDGE:  Hon. Christina A. Snyder<br>DATE:   September 22, 2014<br>TIME:    10:00 a.m.<br>CTRM:  5 – 2nd Floor |

[Caption continued on following page.]

945925_1

| | |
|---|---|
| CAROLYN Y. HEALEY, on Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>                Defendant. | No. CV-05-8908-CAS(MANx)<br><br><u>CLASS ACTION</u> |

945925_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 22, 2014, at 10:00 a.m., in Courtroom 5 of the above-titled Court, before the Honorable Christina A. Snyder, located at 312 North Spring Street, Los Angeles, California, 90012, or as soon thereafter as the matter may be heard, plaintiffs will and hereby do move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order: (1) preliminarily approving the Stipulation of Settlement ("Agreement"), filed concurrently as Exhibit A to the Declaration of Theodore J. Pintar in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Conditional Approval of Settlement Class, Issuance of Notice to Class, and Setting of Fairness Hearing; (2) conditionally certifying the Settlement Class; (3) approving the Class Settlement Notice attached as Exhibit 2 to the Agreement and directing issuance of such Notice to the Class; and (4) setting a date for the Fairness Hearing.

This motion is based on this notice of motion and motion, Plaintiffs' Brief, the Settlement Agreement and Exhibits 1-10 attached thereto, and upon such other matters as may be presented at the hearing.

DATED: August 22, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
THEODORE J. PINTAR
RANDI D. BANDMAN

s/ Theodore J. Pintar
THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

945925_1

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>KIMBERLY C. PAGE |
| 4 | 2325 E. Camelback Road, Suite 300<br>Phoenix, AZ 85016 |
| 5 | Telephone: 602/274-1100<br>602/274-1199 (fax) |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN |
| 7 | & BALINT, P.C.<br>MANFRED MUECKE |
| 8 | 501 W. Broadway, Suite 1450B<br>San Diego, CA 92101<br>Telephone: 619/756-7748 |
| 9 | |
| 10 | Co-Lead Class Counsel |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

945925_1

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2014.

<div style="margin-left:auto;">

s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:   tedp@rgrdlaw.com

</div>

- 3 -

945925_1

**Mailing Information for a Case 2:05-cv-06838-CAS-MAN Vida F Negrete v. Allianz Life Insurance Company of North America**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randi D Bandman**
  randib@rgrdlaw.com

- **Stephen R Basser**
  sbasser@barrack.com,lnapoleon@barrack.com

- **Arthur G Boylan**
  arthur.boylan@leonard.com

- **Frank G Burt**
  fburt@cfjblaw.com,pcurnow@cfjblaw.com,jlamantia@cfjblaw.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Raul A Cuervo**
  rcuervo@cfjblaw.com,vhv@jordenusa.com,bpp@jordenusa.com,jam@jordenusa.com

- **Lance A Etcheverry**
  lance.etcheverry@skadden.com,jon.powell@skadden.com,jessica.walker@skadden.com,al.chua@skadden.com

- **Ingrid M Evans**
  ingrid@evanslaw.com,paralegal@evanslaw.com,attorney@evanslaw.com,info@evanslaw.com,judy@evanslaw.com

- **Tonna Kaye Farrar**
  tfarrar@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Denise A Fee**
  dfee@cfjblaw.com

- **Lawrence J Field**
  lawrence.field@leonard.com

- **Howard David Finkelstein**
  hdf@classactionlaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Roland C Goss**
  rgoss@cfjblaw.com

- **Wilson F Green**
  wgreen@bfgwc.com

- **Evangeline F Grossman**
  egrossman@shernoff.com,eramirez@shernoff.com

- **Tania Marie Hoff**
  tania.hoff@nbcuni.com,brenda.dalusong@nbcuni.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **James F Jorden**
  jjorden@cfjblaw.com,lw@jordenusa.com

- **Stephen J Jorden**
  sjorden@cfjblaw.com,sxg@jordenusa.com

- **Kurtis J Kearl**
  kurtis.kearl@kjklegal.com

- **Mark L Knutson**
  mlk@classactionlaw.com

- **J Andrew Meyer**
  ameyer@forthepeople.com,vgerlach@forthepeople.com

-4-

- **Jason A Morris**
  jmorris@cfjblaw.com

- **NBC Universal, Inc.**
  tania.krebs@nbcuni.com

- **Thomas Jerome Nolan**
  tnolan@skadden.com,rebecca.isomoto@skadden.com

- **Linda B Oliver**
  loliver@reedsmith.com,swurth@reedsmith.com

- **Kimberly C Page**
  kpage@bffb.com

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Elizabeth Wiet Reutter**
  elizabeth.reutter@leonard.com

- **Elaine A Ryan**
  eryan@bffb.com

- **Eric C Schaffer**
  eric@bblandlaw.com

- **Kristin A Shepard**
  kshepard@cfjblaw.com

- **William M Shernoff**
  wshernoff@shernoff.com,tcorby@shernoff.com,hlacey@shernoff.com

- **James Paul Sizemore**
  paul@sizemorelawfirm.com,kamerrer@sizemorelawfirm.com,rizkalla@sizemorelawfirm.com,moss@sizemorelawfirm.com,anna@sizemorelawfirm.com

- **John J Stoia , Jr**
  johns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patricia N Syverson**
  psyverson@bffb.com,tdinardo@bffb.com,rcreech@bffb.com,pwerner@bffb.com,eryan@bffb.com,ezard@bffb.com,lgomez@BFFB.com,afriedman@bffb.com

- **Leah O Taylor**
  lotaylor@taylorlawyers.com

- **Michael D Thamer**
  michael@trinityinstitute.com,office@trinityinstitute.com

- **Phong L Tran**
  ptran@rgrdlaw.com

- **Michael Valerio**
  mvalerio@cfjblaw.com

- **Dawn B Williams**
  dwilliams@cfjblaw.com

- **Jeffrey L Williams**
  jlwilliams@cfjblaw.com,stodd@cfjblaw.com,rkost@cfjblaw.com

- **C Todd Willis**
  twillis@cfjblaw.com,jal@jordenusa.com

- **John A Yanchunis**
  jyanchunis@forthepeople.com,tponder@forthepeople.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Christa           L Collins
Christa L Collins LLC
300 West Platt Street  Suite 100
Tampa, FL 33606-4119
```

-5-