1 | ROBBINS GELLER RUDMAN
   |   & DOWD LLP
2 | PATRICK J. COUGHLIN (111070)
   | THEODORE J. PINTAR (131372)
3 | RANDI D. BANDMAN (145212)
   | STEVEN M. JODLOWSKI (239074)
4 | 655 West Broadway, Suite 1900
   | San Diego, CA  92101
5 | Telephone:  619/231-1058
   | 619/231-7423 (fax)
6 | patrickc@rgrdlaw.com
   | tedp@rgrdlaw.com
7 | randib@rgrdlaw.com

8 | BONNETT, FAIRBOURN, FRIEDMAN
   |   & BALINT, P.C.
9 | ANDREW S. FRIEDMAN
   | KIMBERLY C. PAGE
10 | 2325 E. Camelback Road, Suite 300
   | Phoenix, AZ  85016
11 | Telephone:  602/274-1100
   | 602/274-1199 (fax)
12 | afriedman@bffb.com
   | kpage@bffb.com
13 |
   | Co-Lead Class Counsel
14 |
15 | [Additional counsel appear on signature page.]

16                  UNITED STATES DISTRICT COURT

17                 CENTRAL DISTRICT OF CALIFORNIA

18                         WESTERN DIVISION

| | |
|---|---|
| VIDA F. NEGRETE, as Conservator for EVERETT E. OW, an individual, on Behalf of All Other Similarly Situated Persons,<br><br>                   Plaintiff,<br><br>  vs.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota corporation,<br><br>                   Defendant. | No. CV-05-6838-CAS(MANx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>JUDGE:  Hon. Christina A. Snyder<br>DATE:   January 5, 2015<br>TIME:    10:00 am<br>CTRM:  5 – 2nd Floor |
| [Caption continued on following page.]<br>CAROLYN Y. HEALEY, on Behalf of Herself and All Others Similarly | No. CV-05-8908-CAS(MANx) |

|   |   |   |
|---|---|---|
| 1 | Situated, | ) CLASS ACTION |
| 2 | Plaintiff, | ) |
| 3 | vs. | ) |
| 4 | ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a | ) |
| 5 | Minnesota corporation, | ) |
| 6 | Defendant. | ) |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 5, 2015, at 10:00 a.m. in Courtroom 5 of the above-titled Court, the Honorable Christina A. Snyder presiding, located at 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) granting final approval to the Class Action Settlement Agreement filed August 22, 2014 and preliminarily approved by the Court on August 27, 2014, (2) finally certifying the Settlement Class for settlement purposes and appointing Plaintiffs Dr. Vida Negrete as Conservator for Everett Ow and Carolyn Y. Healey as Class Representatives and Bonnett, Fairbourn, Friedman & Balint, PC and Robbins Geller Rudman & Dowd, LLP as Class Counsel; and (3) finding that the Class Notice Program has been adequate and reasonable, has met the requirements of Rule 23, and has constituted the best notice practicable under the circumstances.

This motion is based on the Stipulation of Settlement filed August 22, 2014, and exhibits attached thereto ("Settlement Agreement"); this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement; Joint Declaration of Theodore J. Pintar and Andrew S. Friedman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Expenses and Service Awards; Declaration of Terry M. Long, FSA, MAAA in Support of Final Approval of Stipulation of Settlement; Declaration Of Kimberly K. Ness; and upon such other matters as may be presented at the hearing.

Plaintiffs respectfully move this Court to issue an Order: (1) finally certifying the Settlement Class for settlement purposes and appointing Plaintiffs Dr. Vida Negrete as Conservator for Everett Ow and Carolyn Y. Healey as Class Representatives and Bonnett, Fairbourn, Friedman & Balint, P.C. and Robbins Geller Rudman & Dowd, LLP as Class Counsel; (2) finding that the Notice Program has been adequate and reasonable, has met the requirements of Rule 23, and has constituted the best notice practicable under the circumstances; (3) overruling the objections and granting final approval of the proposed Settlement and Settlement Agreement; and (4) directing the entry of Final Judgment, dismissing the Action (including all individual and Class claims presented thereby) on the merits with prejudice.

| | |
|---|---|
| | Respectfully submitted, |
| DATED: November 7, 2014 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>THEODORE J. PINTAR<br>STEVEN M. JODLOWSKI |

s/ Theodore J. Pintar<br>THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| DATED: November 7, 2014 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN<br>KIMBERLY C. PAGE |

s/Andrew S. Friedman<br>ANDREW S. FRIEDMAN

2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
602/274-1199 (fax))

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
MANFRED MUECKE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619/756-7748
602/798-5894 (fax)

Co-Lead Class Counsel

JAMES, HOYER, NEWCOMER
  & SMILJANICH, P.A.
JOHN A. YANCHUNIS
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL 33609
Telephone: 813/286-4100
813/286-4174 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
600 West Broadway, Suite 900
San Diego, CA 92101

| | |
|---|---|
| 1 | Telephone: 619/230-0800 |
| 2 | 619/230-1874 (fax) |
| 3 | FINKELSTEIN & KRINSK<br>HOWARD D. FINKELSTEIN |
| 4 | MARK L. KNUTSON<br>501 West Broadway, Suite 1250 |
| 5 | San Diego, CA 92101<br>Telephone: 619/238-1333 |
| 6 | 619/238-5425 (fax) |
| 7 | THE EVANS LAW FIRM<br>INGRID M. EVANS |
| 8 | P.O. Box 2323<br>San Francisco, CA 94126-2323 |
| 9 | Telephone: 415/441-8669<br>888/891-4906 (fax) |
| 10 | Additional Counsel for Plaintiffs |

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: November 7, 2014         By:  s/Andrew S. Friedman
                                      ANDREW S. FRIEDMAN