UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:05-cv-06838-CAS(MANx) | Date | June 8, 2015 |
|---|---|---|---|
| Title | VIDA F. NEGRETE, ET AL. v. ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)** ORDER DENYING FINKELSTEIN & KRINSK'S *EX PARTE* APPLICATION FOR A CONTINUANCE (Dkt. No. 1306, filed June 4, 2015)

     The Court entered final judgment in this case pursuant to an approved settlement on March 18, 2015. Dkt. No. 1294. On May 14, 2015, co-lead plaintiffs' counsel Bonnett, Fairbourn, Friedman & Balint, P.C. ("Bonnett Fairbourn") filed a motion to allocate attorneys' fees between it and two other law firms: Barrack, Rodos, & Bacine ("Barrack Rodos"), and Finkelstein & Krinsk LLP ("F&K"). Dkt. No. 1296. That motion was noticed for hearing on June 15, 2015. Id. On May 19, 2015, Bonnett Fairbourn filed an amended notice of motion setting a hearing for June 29, 2015. Dkt. No. 1300. On June 4, 2015, Bonnett Fairbourn withdrew that motion as to Barrack Rodos only. Dkt. No. 1305.

     Also on June 4, 2015, F&K filed an *ex parte* application seeking to enlarge until June 22, 2015, its deadline to respond to the fees motion, and to reset the hearing on that motion to July 20, 2015. Dkt. No. 1306. Bonnett Fairbourn opposed that application on June 6, 2015. Dkt. No. 1309.

     F&K seek an extension of time pursuant to Federal Rule of Civil Procedure 6(b), which permits a district court to extend a deadline "for good cause shown." Having reviewed the parties' arguments, the Court does not find good cause shown for the requested continuance, which F&K first sought approximately three weeks after the original fees motion was filed, but only two business days before F&K's opposition papers were due. Accordingly, the *ex parte* application is **DENIED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:05-cv-06838-CAS(MANx) | Date | June 8, 2015 |
|---|---|---|---|
| Title | VIDA F. NEGRETE, ET AL. v. ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | | |

    Because the Court has a scheduling conflict with the currently noticed hearing date of June 29, 2015, however, the Court will set a telephonic status conference to select a new hearing date for Bonnett Fairbourn's amended motion.

    IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |